Case 1:13-cv-02293-WYD-CBS   Document 18   Filed 05/12/14   USDC Colorado   Page 1 of 1

Case 1:13-cv-02293-WYD-CBS   Document 18   Filed 05/12/14   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02293-WYD-CBS

MOLINA RANER DeROSIA,

    Plaintiff,

v.

SCHRYVER MEDICAL SALES AND MARKETING, INC., a Colorado corporation, d/b/a SCHRYVER MEDICAL, INC.,

    Defendant.

---

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal With Prejudice filed May 12, 2014. After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation for Dismissal With Prejudice (ECF No. 17) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay her or its own costs and attorney fees.

    Dated:  May 12, 2014

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge